**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BRANDON HATTON**                                                   **PLAINTIFF**

v.                     **Case No. 4:20-cv-00254-LPR**

**JOHN STALEY, et al.**                                                  **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations ("Recommendation") from United States Magistrate Judge Jerome T. Kearney. (Doc. 7). Mr. Hatton did not file an objection to this Recommendation. After careful review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Complaint against Defendants is DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.

2. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3. The Court certifies that an *in forma pauperis* appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

Dated this 2nd day of July 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE