# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BRANDON HATTON**                                               **PLAINTIFF**

**v.**                       **Case No. 4:20-cv-00254-LPR**

**JOHN STALEY, et al.**                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on July 2, 2020, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 2nd day of July 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE